UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSICA L LOPEZ,

    Plaintiffs,

v.

MARRIOTT HOTEL SERVICES, INC.,

    Defendants.

Case No. 15-cv-04277-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 31, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: August 12, 2016.

DESIGNATION OF EXPERTS: 8/15/16; REBUTTAL: 8/26/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 23, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 30, 2016;
    Opp. Due: October 14, 2016; Reply Due: October 21, 2016;
    and set for hearing no later than November 4, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 10, 2017 at 3:30 PM.
(Pretrial filings due: 12/20/16)

JURY TRIAL DATE: January 16, 2017 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation on 3/8/16.  Initial disclosures shall be produced after the mediation has occurred.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 12/21/15

_____
SUSAN ILLSTON
United States District Judge