UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-04277-SI<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE RE: DISCOVERY FOR APRIL 15, 2016 AT 3:00 P.M.**<br><br>Re: Dkt. Nos. 21, 22, 23 |

The Court has received several letters from counsel describing counsel's inability to resolve discovery disputes. The letters also reflect a broader breakdown in counsel's ability to communicate with each other and work in a cooperative manner. Defense counsel's letter of April 11, 2016 requests a conference with the Court to address these problems.

**The Court finds that a conference is warranted, and hereby sets a case management conference for April 15, 2016 at 3:00 p.m.  Counsel shall be prepared to address and resolve all pending discovery disputes at the conference**.

**IT IS SO ORDERED**.

Dated: April 13, 2016

_____
SUSAN ILLSTON
United States District Judge