UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L LOPEZ,<br><br>             Plaintiff,<br><br>    v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br><br>             Defendant. | Case No. 15-cv-04277-SI   (EDL)<br><br>**ORDER STAYING SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 29 |

The Court is in receipt of the parties' joint stipulation to continue the settlement conference currently set for July 21 to a new date in December 2016.  The settlement conference set for July 21 is hereby taken off calendar.  The parties shall discuss a new date for the settlement conference during the case management conference with Judge Illston on August 5, 2016.

**IT IS SO ORDERED.**

Dated: July 20, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge